1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    INTHASON SICHANH                    1:07-cv-01638-OWW-WMW (PC)

12              Plaintiff,

13        vs.                             ORDER TRANSFERRING CASE

14    CMC EAST STATE PRISON, et al.

15              Defendants.

16    _____/

17        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

18    U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19        The federal venue statute requires that a civil action, other than one based on diversity

20    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21    reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22    giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

23    is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

24    which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25        In this case, none of  the defendants reside in  this district.  The claim arose in Los Angeles

26    County, which is in the Central District of California.  Therefore, plaintiff's claim should have been

27    filed in the United States District Court for the Central District of California.  In the interest of

28    justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See

1

Dockets.Justia.com

1  28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3  District Court for the Central District of California.

4  IT IS SO ORDERED.

5  **Dated:    November 16, 2007    **         **/s/  William M. Wunderlich    **
                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28